Timothy M. Bechtold

BECHTOLD LAW FIRM, PLLC

P.O. Box 7051

Missoula, MT 59807-7051

406-721-1435

tim@bechtoldlaw.net

E. Craig Daue

Buxbaum, Daue & Fitzpatrick, PLLC

P.O. Box 8209

Missoula, MT 59807

406-327-8677

ecdaue@bdf-lawfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| ANDREW SHERMAN, | ) | CV 08-98-BLG-RFC-CSO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **STIPULATED MOTION FOR DISMISSAL** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Parties here have reached a settlement in this matter, and move the Court

to dismiss this matter with prejudice, each side to bear its own costs and fees.

DATED this 10th day of April, 2012.

/s/Timothy M. Bechtold

/s/E. Craig Daue

Attorneys for Plaintiff


/s/Victoria L. Francis

/s/Timothy J. Cavan

Attorney for Defendant